RECEIVED
2008 MAR 19 A 9:
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Gregory Lewis Johnson 215265
Full name and prison number of plaintiff(s)

v.

Officer Brown
Officer Padgett
Officer Holland
Officer Williams

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:08-CV-191-MEF
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( ✓ )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( ✓ )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s)

2. Court (if federal court, name the district; if state court, name the county) N/A

SCANNED
KK 3/19/08

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Eastering Correctional Facility 200 Wallace Dr 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Ventress Correctional Facility P.O.Box 767 Clayton, AL 36016

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer Brown | P.O. Box 767 Clayton, AL 36016 |
| 2. | Officer Padgett | P.O. Box 767 Clayton, AL 36016 |
| 3. | Officer Holland | P.O. Box 767 Clayton, AL 36016 |
| 4. | Officer Williams | P.O. Box 767 Clayton, AL 36016 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 7, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Officer Brown and Officer Padgett Slapped, Punched, kneed me while I was handcuffed

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

On 7-7-07 Officer Brown and Officer Padgett handcuffed and questioned me about a box break-in after lunch. During the questioning Officer Brown and Officer Padgett slapped, punched, and knead me several times.

**GROUND TWO:** Officer Brown and Officer Holland slapped, hit me with his baton, and choked me

**SUPPORTING FACTS:** After a time of questioning, Officer Brown or Officer Padgett call back-up, because Sgt Longmire was coming. Officer Holland, Officer McClain, and Another Officer came. Officer Holland started slapping me. Officer McClain stopped him. Officer Brown took me into the dorm ← continued on separate page

**GROUND THREE:** Officer Williams stood and [illegible] watched [illegible] out for the supervisor for Officer Brown and Officer Padgett

**SUPPORTING FACTS:** Officer Williams was the Cube Officer at the time. She came off her post and watched out for Officer Brown and Officer Padgett while they ruthlessly interrogated me.

Continued from Ground 2: Supporting facts,

and started choking me with his fore-arm and hitting me with his baton. He did this in front of the whole dorm saying "this is a message, dont fuck with me". Sgt Longmire stepped in between us and stopped him.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award compensatory damages in the following amount: 1,000,000 jointly against the defendant Officer Brown, Officer Padgett, Officer Hollett and Officer W[illegible]

Gregory Johnson 215263
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-11-07.
(Date)

Gregory Johnson 215263
Signature of plaintiff(s)