■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Brown
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

2:08cv191
C + D

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Olive Mason   04/24/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0003 1842 3337

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

5/9/08