AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:08-cv-240-MEF

TO: (Name and address of Defendant)

Michael Patrick
City of Mosses, Alabama
Town Hall
P.O. Box 296
Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Attorney At Law
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    4-7-08
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:08-cv-240-MEF

TO: (Name and address of Defendant)

Darryl Taunton
City of Mosses, Alabama
Town Hall
P.O. Box 296
Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Attorney At Law
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                4-7-08
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-cv-240-MEF

TO: (Name and address of Defendant)

City of Mosses, Alabama
Town Hall
P.O. Box 296
Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Attorney At Law
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                4-7-08

CLERK                                                           DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ollie Mason   C. Date of Delivery: 06-01-08 |
| 1. Article Addressed to:<br><br>Officer Holland<br>Ventress Correctional Facility<br>P.O. Box 767<br>Clayton, AL 36016 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:08CV191<br>C+O     5/9/08 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 2680 0003 1842 3313 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |