IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY LEWIS JOHNSON AIS#

PLAINTIFF,

V.                                    NO. 2:08-CV-191-MEF

OFFICER BROWN, et al.,

DEFENDANT.

### MOTION FOR EXTENSION OF TIME AND COURT'S ORDER FOR PLAINTIFF TO COMMUNICATE WITH PRISONER WITNESSES

COMES NOW the Plaintiff, Gregory Johnson, by and through himself in the above entitled cause and in response to the Court order of May 12, 2008, respectfully asking this Court to extend the time in which he has to comply with the Court's Order. In the orde rof May 12, 2008, this Court has ordered the Plaintiff to respond on or before June 2, 2008, however, the Plaintiff has difficulties which would prevent his response. The Plaintiff states in support the following:

(1). The Plaintiff has alleged a violation of excessive force used against him by the defendants, however all defendants has denied that the incident occurred. Therefore, the plaintiff must provide this Court with affidavits demonstrating his version of the facts, and in support of his allegations made in the complaint.

(2). The Plaintiff's witnesses are confined as well in various institutions throughout the state of Alabama, and therefore, needs this court's order to

allow him to correspond with them legally, reference his complaint.

(3). The Plaintiff respectfully request this Court to enter an order to the defendants to allow him to correspond with his witnesses, by United States Mail, in order that he may obtain affidavits supporting his civil action against the defendants. The inmate witnesses are as follows:

Inmates located in the **Ventress Correctional Facility**
**Warden III, J. C. Jiles**
**P. O. Box 767**
**Clayton, Alabama 36016-0767**

Warren Keith
Eric Clegg
Travis Smelly or (Smiley)
David Doby
Cornelius Williams
Irvin House

Inmate(s) located at the **Limestone Correctional Facility**
**Warden III, Billy Mitchem**
**28779 Nick Davis Road**
**Harvest, Alabama 35749-7009**

Jabreel Harris
LaDon Smith

Plaintiff asserts that inmates are moved from institution to institution for various reasons and if these inmates have relocated he respectfully requests this Court ot instruct the defendants and the Alabama Department of Corrections to locate and inform the Plaintiffs of their whereabouts, to allow correspondance, if granted by this Court.

(4) Plaintiff respectfully requests additional time to respond to the Defendant's Special Report and Answer, in order for that to be perfected.

Wherefore, the plaintiff's repsectfully prays this court grant this motion thereby allowing him to correspond with the witnesses, by order of this court, and to extend the time to respond to the Defendant's Special Report.

Respectfully submitted,

Gregory Johnson
215263
200 Wallace Drive
Easterling Correctional Facility
Clio, Alabama 36017

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon the Honorable Tara S. Knee, Assistant Attorney General, Assistant General Counsel at the Alabama Department of Corrections, Legal Division, P. O. Box 301501 Montogmery, Alabama 36130-1501, by placing a copy of the same in the United States Mail, postage prepaid on this 26th day of May, 2008.

Gregory Johnson

Gregory Lewis Johnson
AIS 215263
ADOC EASTERLING
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615





Legal Mail

Office of The Clerk
US District Court
P.O. Box 711
Montgomery, AL
   36101