IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GREGORY LEWIS JOHNSON #215 265 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-191-MEF |
| OFFICER BROWN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's request for additional time to respond to Defendants' written report. Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 11*) is GRANTED; and

2. Plaintiff is GRANTED an extension from June 2, 2008 to and including June 24, 2008 to file a response to Defendants' written report.

To the extent Plaintiff's May 30, 2008 pleading contains a motion for court order directing Defendants to grant him permission to correspond with other inmates, it is

ORDERED that the motion (*Doc. No. 11*) be and is hereby DENIED.

DONE, this 4th day of June 2008.


           /s/ Susan Russ Walker
          SUSAN RUSS WALKER
          CHIEF UNITED STATES MAGISTRATE JUDGE