IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEWIS JOHNSON, #215265, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08cv191-MEF |
| | ) | |
| OFFICER BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

On July 15, 2008, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 13).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is

ADOPTED and that this case is DISMISSED without prejudice.

Done this the 7th day of August, 2008.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE